

RECEIVED
JUN 27 2018
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

June 24, 2018

Dear Clerk of Court,

On or around December 12, 2017 I filed Case No. 1:17-cv-01623-DDD-JPM. On or around March 15, 2018 I was informed by the court that my complaint was under initial review. I was further informed that additional instructions regarding service and related issues would follow by separate order. To date I have not received any additional instructions regarding the service of my complaint. I am not clear on the service process, and don't know if I am required to make a specific request that my complaint be served to the Defendants, by the U.S. Marshal. If that is the case, I would like to make that request at this time. Since the screening process has already exceeded 90 days, does that mean that my 90 days to serve the complaint will be equitably tolled? An answer to the above mentioned would be greatly appreciated.

Marco Duncan #37679-048
FCI Oakdale II
P.O. Box 5010
Oakdale, LA 71463

Sincerely,
Marco Duncan