UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCO DAMON DUNCAN,<br>Plaintiff | CIVIL ACTION NO. 1:17-CV-01623 |
| VERSUS | JUDGE DRELL |
| JOSE NUNEZ, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 211) is DENIED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 2ND day of December 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT