UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCO DAMON DUNCAN, Plaintiff | CIVIL ACTION NO. 1:17-CV-01623 |
| VERSUS | JUDGE DRELL |
| JOSE NUNEZ, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bordelon's Motion for Summary Judgment (ECF No. 210) is DENIED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 17 day of December 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT